**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHARLES T. CLAGETT, III, | ) NO. CV 08-6251-JFW (MAN) |
| Plaintiff, | ) ORDER ADOPTING FINDINGS, |
| v. | ) CONCLUSIONS, AND RECOMMENDATIONS |
| JOSEPH WOODRING, et al., | ) OF UNITED STATES MAGISTRATE JUDGE |
| Defendants. | ) |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Second Amended Complaint, all of the records herein, and the Report and Recommendation of United States Magistrate Judge. The time for filing Objections has passed, and no Objections have been filed with the Court. The Court accepts and adopts the Magistrate Judge's Report and Recommendation, and the findings of fact, conclusions of law, and recommendations therein.

IT IS ORDERED that: (1) defendants' motion to dismiss or for a more definite statement is DENIED; and (2) defendants shall file and serve an Answer to the Second Amended Complaint within thirty (30) days.

     IT IS FURTHER ORDERED that the Clerk serve copies of this Order and the Judgment herein on all parties of record.

     LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: July 6, 2010.

                                                      JOHN F. WALTER
                                          UNITED STATES DISTRICT JUDGE