# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES T. CLAGETT, III,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JOSEPH WOODRING, et al.,<br><br>　　　　　Defendants. | NO. CV 08-6251-JFW (MAN)<br><br>ORDER ACCEPTING FINDINGS AND<br>RECOMMENDATIONS OF UNITED STATES<br>MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Second Amended Complaint, defendants' motion for summary judgment ("Motion"), all of the files and records herein, the Amended Report and Recommendation of United States Magistrate Judge filed on October 3, 2013 ("Report"), and the Objections filed by plaintiff on November 1, 2013. The Court has conducted a *de novo* review of those portions of the Report to which Objections have been stated in writing. The Court accepts the findings and recommendations set forth in the Report.[1]

---

[1] On March 5, 2012, the Court accepted a February 1, 2012 Report and Recommendation in this case, which granted the Motion in part, granted defendants summary judgment on plaintiff's Fifth Amendment and Eighth Amendment claims based on the removal of his bedding, and dismissed such claims with prejudice (the "March 5, 2012 Order"). The present Report addresses plaintiff's remaining claims and defendants' request for summary judgment as to those remaining claims.

IT IS ORDERED that:

1. The remaining portions of the Motion are GRANTED pursuant to Rule 56 of the Federal Rules of Civil Procedure. Accordingly, defendants are granted summary judgment with respect to those of plaintiff's claims which were not resolved by the March 5, 2012 Order, and those remaining claims are dismissed with prejudice; and

2. Pursuant to this Order and the March 5, 2012 Order, judgment shall enter dismissing this action with prejudice.

IT IS FURTHER ORDERED that the Clerk serve copies of this Order on plaintiff and on counsel for defendants.

DATED: November 14, 2013.

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE