JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES T. CLAGETT, III, | NO. CV 08-6251-JFW (MAN) |
| Plaintiff, | |
| v. | JUDGMENT |
| JOSEPH WOODRING, et al., | |
| Defendants. | |

Pursuant to the Court's concurrently-filed Order Accepting Findings And Recommendations Of United States Magistrate Judge and its March 5, 2012 Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: November 14, 2013 .

JOHN F. WALTER
UNITED STATES DISTRICT JUDGE