O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| CHARLES THOMAS CLAGETT, III, | Case No. CV-08-06251-JFW (KES) |
|---|---|
| Plaintiff, | |
| v. | ORDER ACCEPTING FINDINGS AND |
| J. WOODRING, et al. | RECOMMENDATIONS OF UNITED |
| Defendants. | STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings and all the records and files herein, along with the Report and Recommendation of the United States Magistrate Judge. "Further, the Court has engaged in a de novo review of those portions of the Report and Recommendation to which objections have been made." The Court accepts the findings, conclusions, and recommendations of the United States Magistrate Judge.

IT IS THEREFORE ORDERED that Defendant Young's renewed motion for summary judgment (Dkt. 95, 176, 180) is DENIED.

DATED: October 24, 2017

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE